UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2005 NOV -8 A 11: 14
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**JOSEPH V. FORD,**
    Plaintiff,

v.                                    Case No.: 3:04-cv-556-J-20MCR

**TIDEWATER MARINE LLC.,**
    Defendant.

_____

# O R D E R

The Court, having been advised that the case has been settled in its entirety, in the above-captioned case, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED.** The Dismissal will be **WITHOUT PREJUDICE** for the first (30) days, during which time the parties may submit a stipulated form of final order should they so choose **or** provided good cause is shown, move to reopen the action. After the thirty day period, however, without further notice or order, this dismissal shall be deemed to be *with prejudice*. The Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of November, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

G. J. Rod Sullivan, Jr., Esq.
Robert Parrish, Esq.

1